IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Romero, Jose | Case Number: 07 B 21281 |
|---|---|---|
| | Romero, Veronica | Judge: Squires, John H |
| | Printed: 6/24/08 | Filed: 11/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 14, 2008
Confirmed: March 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,680.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,570.80 |
| Trustee Fee: | | 109.20 |
| Other Funds: | | 0.00 |
| Totals: | 1,680.00 | 1,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 1,570.80 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 6. | Washington Mutual | Secured | 0.00 | 0.00 |
| 7. | Washington Mutual | Secured | 0.00 | 0.00 |
| 8. | Washington Mutual | Secured | 1,000.00 | 0.00 |
| 9. | Washington Mutual Bank FA | Secured | 7,734.27 | 0.00 |
| 10. | Target National Bank | Unsecured | 2,193.87 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 2,781.93 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 2,408.61 | 0.00 |
| 13. | Chase Bank | Unsecured | 1,437.45 | 0.00 |
| 14. | Chase Bank USA NA | Unsecured | 692.72 | 0.00 |
| 15. | Bass & Associates | Unsecured | 689.58 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 6,195.43 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,086.09 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 636.05 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,172.41 | 0.00 |
| 20. | World Financial Network Nat'l | Unsecured | 841.43 | 0.00 |
| 21. | World Financial Network Nat'l | Unsecured | 253.63 | 0.00 |
| 22. | Target National Bank | Unsecured | 1,080.36 | 0.00 |
| 23. | Emerge | Unsecured | | No Claim Filed |
| | | | $ 33,627.83 | $ 1,570.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Romero, Jose<br>Romero, Veronica<br>Printed: 6/24/08 | Case Number: 07 B 21281<br>Judge: Squires, John H<br>Filed: 11/13/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 109.20 |
| | _____ |
| | $ 109.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

